IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lavitta Cooks,<br><br>          Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>          Defendant. | No. CV-21-00661-PHX-JJT<br><br>**ORDER** |

On April 27, 2022, Plaintiff filed a motion to allow her counsel to withdraw, with her permission. (Doc. 23.) On May 3, 2022, the Court entered an Order granting the Motion and allowing Ms. Kirtley to so withdraw. (Doc. 24.) In its Order, the Court also ordered Plaintiff to "retain counsel who shall file a notice of appearance by June 3, 2022," and "if Plaintiff [] chooses to represent herself, she must file a notice to that effect by June 3, 2022." (Doc. 24 at 1, 2.) The Court continued, noting that it "warns Plaintiff[] that if she elects to proceed as a pro se party, she will be held to comply with all court orders in this matter[.]" (Doc. 24 at 1.) The June 3 deadline passed more than a month ago and Plaintiff has neither caused to be filed by new a counsel a notice of appearance nor filed a notice that she would represent herself, as this Court Ordered.

**IT IS THREFORE ORDERED** dismissing the matter without prejudice. Should Plaintiff retain counsel who files a notice of appearance, that counsel can move to reopen the matter, if such motion is timely.

Dated this 6th day of July, 2022.

Honorable John J. Tuchi
United States District Judge